706

No. 906. SWARZ v. LOEFFLER. Jurisdictional statement submitted April 29, 1933. Decided May 8, 1933. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The appeal is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). *Mr. August Swarz, pro se.* No appearance for appellee.

Nos. 316, 317, and 318. UNITED STATES v. DUBILIER CONDENSER CORP. May 8, 1933. Ordered that the opinion in this case be amended as follows:.

By striking out the following paragraph:

" Moreover no court could, however clear the proof of such a contract, order the execution of an assignment. No act of Congress has been called to our attention authorizing the United States to take a patent or to hold one by assignment. No statutory authority exists for the transfer of a patent to any department or officer of the Government, or for the administration of patents, or the issuance of licenses on behalf of the United States. In these circumstances no public policy requires us to deprive the inventor of his exclusive rights as respects the general public and to lodge them in a dead hand incapable of turning the patent to account for the benefit of the public."

The opinion is reported without this paragraph, *ante,* pp. 178, 196.